IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHRYN GAY,<br>*Plaintiff*, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 18-CV-2880 |
| THE CHILDREN'S HOSPITAL OF<br>PHILADELPHIA, *et al.*,<br>*Defendants*. | :<br>:<br>:<br>: |

## O R D E R

AND NOW, this 16th day of July, 2018, upon consideration of Plaintiff Kathryn Gay's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and her *pro se* Complaint (ECF No. 2), it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED, without prejudice,** for the reasons stated in the accompanying Memorandum.

4. Gay has leave to file an amended complaint within thirty (30) days of the date of this order in the event she can state a plausible claim that lies within this Court's jurisdiction. If Gay files an amended complaint, she shall identify all of the defendants in the caption of the amended complaint and describe in detail the basis for her claims against each defendant. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Gay a blank copy of the Court's current standard for to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Gay may use this form to prepare her amended complaint.

6. If Gay fails to file an amended complaint in accordance with this order, her case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*