

DIRECT DIAL NUMBER:  
(215) 575-7236

Patrick M. Harrington  
pharrington@dilworthlaw.com

December 2, 2020

**Via: ECF**

The Honorable Nitza Ileana Quiñones Alejandro  
Eastern District of Pennsylvania  
United States District Court

    **RE:    GAY v. THE CHILDREN'S HOSPITAL OF PHILADELPHIA et al.  
              2:18-cv-02880-NIQA**

Dear Judge Quiñones Alejandro:

      This firm represents Defendants, Children's Hospital of Philadelphia, et al. (collectively "CHOP"), in the above-captioned matter. It has come to our attention that Plaintiff *pro se* Katharine Gay has been communicating with the court, on several occasions through a third-party proxy, George Brook Gay ("Mr. Gay"). The latest such correspondence is a request to change the registered ECF email address from Mr. Gay's prior email address to Mr. Gay's current email address. [*See* ECF 85.] Upon information and belief, Mr. Gay is Plaintiff's nephew.

      Mr. Gay is not a lawyer, nor has he entered his appearance in this matter, nor has he made any formal request to act on behalf of Plaintiff, other than representing that he has a family association with Plaintiff, who is his aunt. [*See* ECF 85.]

      CHOP objects to Mr. Gay's involvement in this case. He is not a member of the Bar, and may not advocate for Plaintiff *pro se*. This is not the first time this has occurred, as Mr. Gay reached out to this Court in April of this year, via email and *ex parte* stating that the undersigned sent Plaintiff a "cover letter stating fabricated reasons for not mailing paper documents," after Mr. Gay registered for ECF, using his email address, on behalf of Plaintiff. A copy of this email is annexed to this letter. Such advocacy by a non-party and non-lawyer on behalf of Plaintiff *pro se* is highly inappropriate. By way of example, the *NOTICE OF GUIDELINES FOR REPRESENTING YOURSELF (APPEARING "PRO SE") IN CIVIL CASES,* published by this Court, states that even with a "a power of attorney," the rules "do[] not permit a pro se litigant who is not an attorney to represent another person in federal court."[1]

---

[1] Available at https://www.paed.uscourts.gov/documents/notices/ntcproseguide.pdf (*last visited* December 2, 2020)

CHOP does not object to Mr. Gay acting as an intermediary for purposes only of facilitating electronic communications with the Plaintiff. But such an arrangement must be disclosed to and regulated by the Court to assure compliance with applicable rules by the *pro se* Plaintiff. CHOP takes no position as to the propriety of any such arrangement.,

Respectfully,

Patrick M. Harrington
*Counsel for Defendants*

| | |
|---|---|
| Subject: | Re: 2:18-cv-02880-NIQA GAY v. THE CHILDREN'S HOSPITAL OF PHILADELPHIA et al |
| Date: | 5/4/2020 3:25 PM |
| From: | "Brook Gay" <brook@mmadie.com> |
| To: | "Harrington, Patrick M." <pharrington@dilworthlaw.com> |
| Cc: | "Goebel, Danielle" <dgoebel@dilworthlaw.com>, "Nicole Phillippi" <Nicole_Phillippi@paed.uscourts.gov> |

Mr. Harrington

My aunt received your letter in the mail on Friday. Your letter states that you find paper communications burdensome and "As such, going forward, courtesy copies of filings will not be provided". Going forward, are you expecting me to print and mail a paper copy of your documents to my aunt? My Aunt will require additional time to respond to your documents in the future given this indirect route of communication.

You can see from the following thread below that my email was given to the Court for the purpose of receiving copies of court orders during the COVID-19 crisis, and my aunt can be contacted *directly* by mail or phone.

Sincerely,

George Brook Gay

--

**Brook Gay** <brook@mmadie.com>
Date: Sat, Apr 4, 2020 1t 1:18 PM
To: PAED_DOCUMENTS@paed.uscourts.gov
Subject: Email for Pro Se Litigant


Greetings and salutations!

I am writing on behalf of my aunt, Kathryn Gay, the *pro se* plaintiff in E.D.Pa. Case No. 2:18-cv-02880. Since my aunt's injuries have rendered her incapable of reliably receiving and responding to email, hard copies are preferred. In response to COVID-19 developments, she has requested that I facilitate any email documents served by the Court.

Copies of orders on Kathryn Gay, *pro se*, can be emailed to me, George Brook Gay, at brook@mmadie.com.

As before, Kathryn Gay can be contacted by mail at 1830 Manning Street, Unit 3, Philadelphia Pennsylvania 19103, or phone at (404) 936-2103.

Sincerely,

Brook Gay

--

**Brook Gay** <brook@mmadie.com>
Date: Tue, Apr 28, 9:05 PM
To: ecf_paed@paed.uscourts.gov
Subject: Fwd: Mailing Information for pro se litigant

---------- Forwarded message ---------
From: **Brook Gay** <brook@mmadie.com>
Date: Fri, Apr 24, 2020 at 5:27 PM
Subject: Mailing Information for pro se litigant
To: <PAED_DOCUMENTS@paed.uscourts.gov>

I am receiving emails on behalf of my aunt, Kathryn Gay, the *pro se* plaintiff in E.D.Pa. Case No. 2:18-cv-02880 since the nature of her injuries makes it difficult to rely on electronic communications.

I have received email notifications from the Court, but have not received *any* emails from the opposition, contrary to their Certificate of Service.

Failing to receive filed documents filed last week as expected by mail, my Aunt left a voice message with the opposition's attorney, Mr. Harrington, requesting that he resend the paper copies. On April 21, Mr. Harrington mailed a "courtesy copy" of one of the previous week's filings accompanied by a cover letter stating fabricated reasons for not mailing paper documents, and a print out of "Mailing Information" for this case. The "Mailing Information for Case 2:18-cv-02880-NIQA GAY v. THE CHILDRENS HOSPITAL OF PHILADELPHIA *et al*" shows my email address under the "Electronic Mail Notice List", but shows "No manual recipients" under the "Manual Notice List".

***Please add my aunt's address to the "Manual Notice List" as follows.***
Dr. Kathryn Gay

1830 Manning Street
Unit 3
Philadelphia, PA 19103

Sincerely,

George Brook Gay

--
Brook Gay III
Licensed Real Estate Salesperson

**Michel Madie Real Estate Services**

*email:*   brook@mmadie.com

On Wed, Apr 29, 2020 at 10:35 AM Harrington, Patrick M. <pharrington@dilworthlaw.com> wrote:

> Ms. Phillippi:
>
> Please see attached letter to Plaintiff, on which you were cc'ed. Plaintiff is also cc'ed on this email, so as to not engage in ex parte communications.
>
> Respectfully,
>
> Patrick Harrington
>
> PATRICK HARRINGTON | DILWORTH PAXSON LLP
> 1500 Market Street | Suite 3500E | Philadelphia, PA 19102
> Tel: (215) 575-7236 | Cell: (609) 276-6564 | Fax: (215) 575-7200
> pharrington@dilworthlaw.com | www.dilworthlaw.com

www.DilworthLaw.com

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

--

Brook Gay III
Licensed Real Estate Salesperson

**Michel Madie Real Estate Services**

*email:* brook@mmadie.com
*phone:* 917-972-9939

Facebook | Instagram | Pinterest

The Museum House | 22 East 82nd Street, Ste C2 | New York, NY 10028
Hamilton Heights | 555 West 141st Street | New York, NY 10031



**23 Languages Spoken**
**360 Degrees of Service**
**REBNY Member Since 1986**

*Michel Madie Real Estate Services Corp provides all services surrounding residential and commercial real estate in New York and internationally: Investment Consulting, Sales and Rental, Historic Restoration, Renovation and Design, Property Management, Resale Marketing Strategy. We will also guide you to the most knowledgeable Mortgage Brokers, Lawyers and Accountants, who speak your native language and match your exact needs.*

*Should your investment capital be too limited to access the best opportunities, please allow us to introduce you to our investors pools and access tremendous growth. Consult* **Manhattan Sky Partners** *for details.*

All material herein is intended for information purposes only and has been compiled from sources deemed reliable. Though information is believed to be correct, it is presented subject to errors, omissions, changes or withdrawal without notice. Nothing in this email shall be deemed to create a binding contract to purchase/sell real estate. The sender of this email does not have the authority to bind a buyer or seller to a contract via written or verbal communications including, but not limited to, email communications. The information in this electronic mail message is the sender's business confidential and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful. The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's company is not liable for any loss or damage arising in any way from this message or its attachments.