**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATHRYN GAY,<br><br>      Plaintiff,<br><br>v.<br><br>CHILDREN'S HOSPITAL OF PHILADELPHIA, ELENI LANTZOUNI, JENNIFER LOUIS-JACQUES, MICHELE ZUCKER, LEELA JACKSON, KATIE HOEVELER, MORTIMER PONCZ, AND ALAN R. COHEN<br><br>      Defendants. | Case No. 2:18-cv-02880-NIQA |

## **ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of Defendants' Motion *In Limine* To Exclude the testimony of Janeé Johnson and all responses thereto, it is **HEREBY ORDERED AND DECREED** that the Motion is **GRANTED**. The testimony of Janeé Johnson shall be excluded and Janeé Johnson shall not be permitted to testify in this matter.

_____
J.

122203061_2