# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHRYN GAY** | : | **CIVIL ACTION** |
| *Plaintiff – Pro se* | : | |
| | : | **NO. 18-2880** |
| v. | : | |
| | : | |
| **THE CHILDREN'S HOSPITAL OF** | : | |
| **PHILADELPHIA,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 14th day of May 2021, upon consideration of Defendants' *motion in limine to exclude Plaintiff's exhibit nos. 28-33, 35-38*, [ECF 94], and Plaintiff's response thereto, [ECF 95], it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*