# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHRYN GAY** | : | **CIVIL ACTION** |
| *Plaintiff – Pro se* | : | |
| | : | **NO. 18-2880** |
| **v.** | : | |
| | : | |
| **THE CHILDREN'S HOSPITAL OF** | : | |
| **PHILADELPHIA, *et al*.** | : | |
| *Defendants* | : | |

## O R D E R

**AND NOW**, this 14th day of May 2021, upon consideration of Defendants' *motion in limine to limit the testimony of Lisa Germanis*, [ECF 96], Plaintiff's response thereto, [ECF 105], it is hereby **ORDERED** that the Motion is **GRANTED**. Accordingly, the testimony of Dr. Lisa Germanis shall be limited to (1) the duration of Plaintiff's employment, and (2) Plaintiff's salary only.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1]     During the final pretrial conference, Plaintiff agreed that Dr. Germanis' testimony would be limited to the duration of Plaintiff's employment and Plaintiff's salary. As explained then, Plaintiff had failed to properly disclose and/or identify Dr. Germanis as a potential testifying expert witness, as required by Federal Rule of Civil Procedure 26. As such, Dr. Germanis' testimony will be limited to that of a fact witness and to the issues of the duration of Plaintiff's employment and her salary.