IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHRYN GAY** | : | CIVIL ACTION |
| *Plaintiff – Pro se* | : | |
| | : | NO. 18-2880 |
| **v.** | : | |
| | : | |
| **THE CHILDREN'S HOSPITAL OF PHILADELPHIA,** *et al*. | : | |
| | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 14th day of May 2021, upon consideration of Defendants' *motion in limine to exclude Plaintiff's Exhibits No. 3 and 8,* [ECF 99], and Plaintiff's response thereto, [ECF101], it is hereby **ORDERED** that the motion is **GRANTED,** by agreement.[1]

.                                        **BY THE COURT:**


/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] In her response, Plaintiff advised that she will "voluntarily exclude exhibits 3 and 8."