

DIRECT DIAL NUMBER:  
(215) 575-7236

Patrick M. Harrington  
pharrington@dilworthlaw.com

May 20, 2021

<u>Via ECF</u>

The Honorable Nitza Ileana Quiñones Alejandro  
Eastern District of Pennsylvania  
United States District Court

      RE:    GAY v. THE CHILDREN'S HOSPITAL OF PHILADELPHIA et al.  
             2:18-cv-02880-NIQA

Dear Judge Quiñones Alejandro:

      This firm represents Defendants, Children's Hospital of Philadelphia ("CHOP"), Eleni Lantzouni, Jennifer Louis-Jacques, Michele Zucker, Leela Jackson, Katie Hoeveler, Mortimer Poncz, and Alan R. Cohen (collectively, the "Individual Defendants" and, together with CHOP, the "CHOP Defendants") in the above-captioned matter.

      During the Final Pretrial Conference, which occurred on January 14, 2021, counsel for the CHOP Defendants, Plaintiff *pro se* and Your Honor discussed the issue of the Individual Defendants' participation in the matter and Counsel's position that they should be dismissed due to Plaintiff's lack of evidence. Further, Counsel represented that a motion *in limine* seeking such dismissal due to lack of evidence would be, and was, filed as [ECF 119]. In light of the Court's May 17, 2021 Order denying the CHOP Defendants' Motion *in Limine* to Exclude Additional Evidence as to the Individual Defendants [ECF 179], the CHOP Defendants seek clarification on the currently scheduled trial date to ensure that the physicians' schedules allow them to attend trial.

      Pursuant to the Court's Final Pretrial Order [ECF 91], this case is listed for a trial date certain on July 12, 2021 at 10:00 AM. Because the Individual Defendants will remain as named defendants in this matter, they wish to attend the trial. However, such appearances need to be planned in advance in order to ensure that there is proper coverage for their patients and other health care responsibilities while they are in court.

Given the likelihood of delays in scheduling civil trials due to the COVID-19 Pandemic, the CHOP Defendants seek clarification from the Court as to whether the trial will go forward on July 12, 2021. The CHOP Defendants do not object to moving forward on that date, but simply wish to prepare physician schedules to attend the trial in a way that least disrupts patient care.

Respectfully,

Patrick M. Harrington
*Counsel for Defendants*

Cc: Kathryn Gay
(via ECF, Email, USPS Mail)