IN THE UNITED STATES DISTRICT COURT
FOR THE ESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHRYN GAY | CIVIL DIVISION |
| Plaintiff, | Civil Action No. 18-2880 |
| CHILDREN'S HOSPITAL OF PHILADELPHIA; ELENI LANTZOUN;, JENNIFER LOUIS-JACQUES; MICHELE ZUCKER; LEELA JACKSON; KATIE HOEVELER; MORTIMER PONCZ; AND ALAN R. COHEN | **JURY TRIAL DEMANDED** |
| Defendant. | |

## ENTRY OF APPEARANCE

Kindly enter the undersigned's appearance in the above-captioned matter on behalf of Plaintiff Kathryn Gay.

 

Respectfully submitted,

Dated: May 21, 2021

*/s/ Andrew Lacy, Jr.*
Andrew Lacy, Jr. Esq.
**THE LACY EMPLOYMENT LAW FIRM LLC**
2514 W Seybert Street
Philadelphia, PA
(t) 412-301-3908
andrew.lacy@employment-labor-law.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

_____I hereby certify that a true and correct copy of the foregoing has been forwarded to the below Defendants on this date via the Court's electronic filing system:

Patrick Harrington
Danielle Goebel
**DILWORTH PAXSON LLP**
1500 Market Street – Suite 3500E
Philadelphia, PA 19102
Phone: 215-575-7000
Fax: 215-575-7200
Email: pharrington@dilworthlaw.com
Email: dgoebel@dilworthlaw.com

*/s Andreew Lacy, Jr.*
Andrew Lacy, Jr.