IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHRYN GAY** | : | **CIVIL ACTION** |
| *Plaintiff – Pro se* | : | |
| | : | **NO. 18-2880** |
| **v.** | : | |
| | : | |
| **THE CHILDREN'S HOSPITAL OF PHILADELPHIA,** *et al*. | : | |
| | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 20th day of May 2021, upon consideration of Defendants' *motion in limine to exclude testimony of Janee Johnson,* [ECF 128], and Plaintiff's response thereto, [ECF 157], it is hereby **ORDERED** that the motion is **DENIED**.

.                                          **BY THE COURT:**


/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*