## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHRYN GAY | : | CIVIL ACTION |
| *Plaintiff, pro se* | : | |
| | : | **NO. 18-2880** |
| v. | : | |
| | : | |
| THE CHILDREN'S HOSPITAL OF | : | |
| PHILADELPHIA, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 2nd day of June 2021, upon consideration of Plaintiff's *motion to withdraw motion for sanctions*, [ECF 209], it is hereby **ORDERED** that the motion is **GRANTED**. Accordingly, the Clerk of Court is directed to mark Plaintiff's motion for sanctions, [ECF 184], **WITHDRAWN**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*