

DIRECT DIAL NUMBER:
(215) 575-7236

Patrick M. Harrington
pharrington@dilworthlaw.com

June 10, 2021

**Via ECF**

The Honorable Nitza Ileana Quiñones Alejandro
Eastern District of Pennsylvania
United States District Court

    RE:    GAY v. THE CHILDREN'S HOSPITAL OF PHILADELPHIA et al.
              2:18-cv-02880-NIQA

Dear Judge Quiñones Alejandro:

    Counsel in this matter submit this joint status update to indicate to Your Honor that counsel have met and conferred about this matter, generally, and with respect to trial scheduling.

- The parties seek a trial date in the early part of 2022, based upon numerous factors for all parties including the availability of witnesses and counsel.

- The parties have discussed revisiting consenting to trial by a magistrate judge, but the parties are not in agreement on the issue.

    Respectfully,

    */s/Patrick M. Harrington*
    Patrick M. Harrington
    *Counsel for Defendants*

    */s/ Andrew Lacy*
    Andrew Lacy
    *Counsel for Plaintiff*