IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHRYN GAY** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-2880** |
| **v.** | : | |
| | : | |
| **CHILDREN'S HOSPITAL OF** | : | |
| **PHILADELPHIA** *et al.*, | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 2nd day of July 2021, it is hereby **ORDERED** that this matter is listed for a trial date certain on Monday, February 14, 2022, at 10:00 A.M., with jury selection to be done on Friday, February 11, 2022, in Courtroom 8B, US Courthouse, Philadelphia, PA. The trial is expected to last three (3) days. Counsel and all parties are to be prepared to commence trial as scheduled. All counsel are hereby attached for trial.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*