## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHRYN GAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CHILDREN'S HOSPITAL OF PHILADELPHIA, ELENI LANTZOUNI, JENNIFER LOUIS-JACQUES, MICHELE ZUCKER, LEELA JACKSON, KATIE HOEVELER, MORTIMER PONCZ, AND ALAN R. COHEN | ) ) ) ) ) ) ) ) Case No. 2:18-cv-02880-NIQA |
| Defendants. | ) ) |

## **PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2022, upon consideration of the Parties' Joint Motion to Continue Trial, and for good cause shown, it is hereby **ORDERED** that such Motion is **GRANTED**, and that trial in this matter shall be continued until the week of March 20, 2023 – with jury selection to occur on March 17, 2023. The new trial date, and any pretrial scheduling shall be set by the Court by subsequent order.

**BY THE COURT:**

_____
J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHRYN GAY,<br><br>    Plaintiff,<br><br>    v.<br><br>CHILDREN'S HOSPITAL OF PHILADELPHIA, ELENI LANTZOUNI, JENNIFER LOUIS-JACQUES, MICHELE ZUCKER, LEELA JACKSON, KATIE HOEVELER, MORTIMER PONCZ, AND ALAN R. COHEN<br><br>    Defendants. | Case No. 2:18-cv-02880-NIQA |

## JOINT MOTION TO CONTINUE TRIAL

Defendants Children's Hospital of Philadelphia, Eleni Lantzouni, Jennifer Louis-Jacques, Michele Zucker, Leela Jackson, Katie Hoeveler, Mortimer Poncz, and Alan R. Cohen (collectively, "**Defendants**"), joined by Plaintiff Kathryn Gay (collectively, the "**Parties**") by and through their undersigned respective counsel, hereby jointly move and respectfully request this Court to enter an order, substantially in the form annexed hereto, continuing trial until the week of March 20, 2023 – with jury selection to occur on March 17, 2023.. In support thereof, the Parties aver:

1. Defendants have been represented by Patrick Harrington, Esq. ("**Mr. Harrington**") since inception of this matter in 2018 and Mr. Harrington has been lead counsel in this matter and has engaged in all pretrial activities from inception through date.

2. Mr. Harrington experienced a family health issue which impacts Mr. Harrington's availability for trial, as currently scheduled beginning August 15, 2022.

3. Plaintiff is represented by Andrew Lacy, Esq. ("**Mr. Lacy**"). Mr. Lacy has agreed to continue the trial to accommodate Mr. Harrington's availability issues for the scheduled trial-date. Mr. Lacy, however, is attached for trial beginning on December 1, 2022, in the matter of *Souders v. Jouas*, Case No., 02139 before the Pennsylvania Court of Common Pleas of Philadelphia County.

4. The Parties have conferred among themselves and concluded that continuing trial until March 20, 2023 will permit both Mr. Harrington and Mr. Lacy to adequately prepare for and participate in trial.

WHEREFORE, for the above-referenced reasons, the Parties Jointly move this Honorable Court for an Order continuing trial in this matter until March 20, 2023 – with jury selection to occur on March 17, 2023, substantially in the form annexed hereto.

Respectfully Submitted,

For Plaintiff Kathryn Gay

Dated: May 5, 2022            */s/ Andrew Lacy*

Andrew Lacy, Esquire
THE LACY EMPLOYMENT LAW FIRM LLC

For Defendants Children's Hospital of Philadelphia, Eleni Lantzouni, Jennifer Louis-Jacques, Michele Zucker, Leela Jackson, Katie Hoeveler, Mortimer Poncz, and Alan R. Cohen

Dated: May 5, 2022            */s/ Patrick M. Harrington*

Patrick M. Harrington, Esquire
DILWORTH PAXSON LLP

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing instrument was served on all counsel via the ECF system on this 5th day of May, 2022.

<u>/s/ Patrick M. Harrington</u>