# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHRYN GAY** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 18-2880** |
| **v.** | : | |
| | : | |
| **THE CHILDREN'S HOSPITAL OF PHILADELPHIA,** *et al.* | : | |
| | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 5th day of May 2022, upon consideration of the parties' *joint motion to continue trial*, [ECF 218], and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**, and this matter is relisted for a trial date certain on Monday, March 27, 2023, at 10:00 A.M., with jury selection to be done on Friday, March 24, 2023, in Courtroom 8B. The trial is expected to last three (3) days. Counsel and all parties are to be prepared to commence trial as scheduled. All counsel are hereby attached for trial.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*