IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHRYN GAY**<br>*Plaintiff*<br><br>v.<br><br>**THE CHILDREN'S HOSPITAL OF PHILADELPHIA; ELENI LANTZOUNI; JENNIFER LOUIS-JACQUES; MICHELE ZUCKER; LEELA JACKSON; KATIE HOEVELER; MORTIMER PONCZ; AND ALAN R. COHEN**<br>*Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CIVIL ACTION**<br><br>**NO. 18-2880**<br><br>[ELECTRONICALLY FILED] |

### PLAINTIFF'S MOTION FOR LEAVE AND MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF DR. MICHAEL SPAULDING-BARCLAY

Plaintiff, by and through her attorneys, hereby requests leave to file the instant motion and moves *in limine* to exclude the Report and expert testimony of Dr. Michael Spaulding-Barclay. In support of her position, Plaintiff files an accompanying memorandum setting forth Plaintiff's position in full.

                                                              Respectfully submitted,

Date: March 7, 2023

                                                    /s/ Alexander Keller_____

                                                    Alexander J. Keller (Bar No. 332297)
Shane M. Rumbaugh (Bar No. 329687)
**RUMBAUGH LAW PLLC**
2400 Ansys Drive, Suite 102
Canonsburg, PA 15317
Tel: (724) 912-6781
Email: alex@rumbgh.com
        shane@rumbgh.com

Andrew Lacy, Jr. Esq. (Bar No. 321232)
**THE LACY EMPLOMENT LAW FIRM LLC**
2675 Market Street, Suite 200
Philadelphia PA, 19104
Tel: (412) 301-3908
Andrew.lacy@employment-labor-law.com

                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I electronically filed Plaintiff's Motion for Leave and Motion *In Limine* to Exclude The Expert Testimony of Dr. Michael Spaulding-Barclay and its supporting documents, which are available for viewing and downloading from the ECF system to the following:

>Patrick Harrington
>Douglas Weck
>Lawrence G. McMichael
>DILWORTH PAXSON LLP
>1500 Market Street – Suite 3500E
>Philadelphia, PA 19102
>Phone: 215-575-7000
>Fax: 215-575-7200
>Email: pharrington@dilworthlaw.com
>Email: dweck@dilworthlaw.com
>Email: lmcmichael@dilworthlaw.com

Date: March 7, 2023

>/s/ Alexander Keller_____
>
>Alexander J. Keller
>**RUMBAUGH LAW PLLC**
>2400 Ansys Drive, Suite 102
>Canonsburg, PA 15317
>Tel: (724) 912-6781
>Email: alex@rumbgh.com
>
>*Counsel for Plaintiff*