IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHRYN GAY** <br> *Plaintiff* <br><br> v. <br><br> **THE CHILDREN'S HOSPITAL OF PHILADELPHIA; ELENI LANTZOUNI; JENNIFER LOUIS-JACQUES; MICHELE ZUCKER; LEELA JACKSON; KATIE HOEVELER; MORTIMER PONCZ; AND ALAN R. COHEN** <br> *Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CIVIL ACTION** <br><br> **NO. 2:18-2880** |

## MOTION TO MAINTAIN TRIAL SCHEDULE

Plaintiff, by and through her attorneys, hereby requests the Court maintain the current trial schedule. Counsel for Plaintiffs were contacted by counsel for Defendants at approximately 11:00 AM ET today (Sunday March 19th) indicating that Defendants will move for a continuance of trial.

In support of her position, Plaintiff files an accompanying memorandum setting forth Plaintiff's position in full.

|  |  |
|---|---|
| | Respectfully submitted, |
| Date: March 19, 2023 | |
| | /s/ Andrew Lacy, Jr |
| | Andrew Lacy, Jr. Esq. (Bar No. 321232)<br>**THE LACY EMPLOYMENT LAW FIRM LLC**<br>2675 Market Street, Suite 200<br>Philadelphia PA, 19104<br>Tel: (412) 301-3908<br>Andrew.lacy@employment-labor-law.com |
| | Shane M. Rumbaugh (Bar No. 329687)<br>Alexander J. Keller (Bar. No 332297)<br>**RUMBAUGH LAW PLLC**<br>2400 Ansys Drive, Suite 102<br>Canonsburg, PA 15317<br>Tel: (724) 912-6781<br>Email: shane@rumbgh.com<br>           alex@rumbgh.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been forwarded to the below Defendants on this date via the Court's electronic filing system:

>Patrick Harrington
>Douglas Weck
>Lawrence G. McMichael
>DILWORTH PAXSON LLP
>1500 Market Street - Suite 3500E
>Philadelphia, PA 19102
>Phone: 215-575-7000
>Fax: 215-575-7200
>Email: pharrington@dilwrothlaw.com
>Email: dweck@dilworthlaw.com
>Email: lmcmichael@dilworthlaw.com

Date: March 19, 2023

>/s/ Shane M. Rumbaugh
>
>Shane M. Rumbaugh (Bar No. 329687)
>**RUMBAUGH LAW PLLC**
>2400 Ansys Drive, Suite 102
>Canonsburg, PA 15317
>Tel: (724) 912-6781
>Email: alex@rumbgh.com