IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHRYN GAY** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-2880** |
| v. | : | |
| | : | |
| **THE CHILDREN'S HOSPITAL OF PHILADELPHIA**, *et al.* | : | |
| | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 20th day of March 2023, upon consideration of Plaintiff's *motion to maintain trial date*, [ECF 240], and Defendants' *emergency motion to continue trial*, [ECF 241], and after consideration of the parties' respective arguments during the telephone conference with the Court on this date, it is hereby **ORDERED** that this matter is relisted for a trial date certain on Monday, June 12, 2023, at 10:00 A.M., with jury selection to be done on Friday, June 9, 2023, in Courtroom 8B.[1]  The trial is expected to last three (3) days.  Counsel and all parties are to be prepared to commence trial as scheduled.  All counsel are hereby attached for trial.

Counsel may request a referral to the Honorable Magistrate Judge Lynne A. Sitarski, United States District Court, to schedule a settlement conference any time up to two weeks prior to the commencement of trial.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] During the telephone conference, the Court inadvertently advised counsel that trial would commence on June 10, 2023, which is a Saturday.