# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHERINE GAY** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-2880** |
| **v.** | : | |
| | : | |
| **THE CHILDREN'S HOSPITAL OF PHILADELPHIA,** *et al.* | : | |
| | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 11th day of April 2023, upon consideration of Plaintiff's *motion for leave to file a reply*, [ECF 247], it is hereby **ORDERED** that the motion is **GRANTED**, and the reply attached to the underlying motion, [ECF 247-1], shall be deemed filed.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*