IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHERINE GAY** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 18-2880 |
| v. | : | |
| | : | |
| **THE CHILDREN'S HOSPITAL OF PHILADELPHIA,** *et al.* | : | |
| | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 15th day of June 2023, upon consideration of Defendants' *motion for judgment as a matter of law*, [ECF 264], and the argument made at the close of Plaintiff's case-in-chief, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*