# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHRYN GAY** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-2880** |
| **v.** | : | |
| | : | |
| **THE CHILDREN'S HOSPITAL OF PHILADELPHIA,** *et al.* | : | |
| | : | |
| *Defendants* | : | |

## JUDGMENT ORDER

**AND NOW**, this 15th day of June 2023, in accordance with the unanimous jury verdict by interrogatory rendered in court on June 15, 2023, it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Defendants The Children's Hospital of Philadelphia, Eleni Lantzouni, Jennifer Louis-Jacques, Michele Zucker, Leela Jackson, Mortimer Poncz, and Alan R. Cohen, and against Plaintiff Kathryn Gay.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*